# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| USMAN ALI, | NO. SACV 17-0036-VAP (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOHN F. KELLY, Secretary of the Department of Homeland Security, et. al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 6, 2017.

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE